U.S. DISTRICT COURT
NORTHERN CA
SAN FRANCISCO, CA                3418 JW

PERSONALLY GOT TO TRANSFER TO SAN JOSE!
JW

ANTOINE GOMIS*, AND ALL OTHERS SIMILARLY SITUATED;
PETITIONERS,
V.

**FILED**
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

PETITION FOR WRIT OF HABEAS CORPUS

CV 08   3418   JW 530   (PR)

U.S. SECRETARY OF STATE;
U.S. DHS SECRETARY;
U.S. ATTORNEY GENERAL;
U.S. DEFENSE SECRETARY;
U.S. HOUSE SPEAKER;
U.S. SENATE PRESIDENT; All COMMITTEES MEMBERS OF U.S. SENATE AND HOUSE JUDICIARY (FOREIGN RELATIONS, INTELLIGENCE, HOMELAND SECURITY, AND ARMED SERVICES); U.S. SECRETARIES OF DEPARTMENT OF TRANSPORTS, OF HEALTH AND HUMAN SERVICES; U.S. DIRECTOR OF TRANSPORTATION SECURITY AGENCY; U.S. BLACK CONGRESS CAUCUS MEMBERS; U.S. NATIONAL SECURITY COUNCIL DIRECTOR; U.S. FBI DIRECTOR; U.S. CIA DIRECTOR; All U.S. DHS FIELD OPERATIONS DIRECTORS; All U.S. DHS DISTRICT COUNSEL CHIEFS; All MEMBERS OF THE U.S. EOIR; All U.S. O.I.L OFFICERS AND DIRECTORS; All THE U.S. ATTORNEY OFFICE ATTORNEYS; U.S. REP. HENRY WAXMAN; U.S. REP. DENNIS KUCINICH; U.S. REP. ZOE LOFGREN; U.S. REP. SENSENBRENER; U.S. SENATOR BARACK OBAMA; U.S. SENATOR JOHN MCCAIN; U.S. SENATOR DIANNE FEINSTEIN; U.S. SENATOR BARBARA BOXER; SAN FRANCISCO COUNTY SHERIFF ~~AND~~ All MEMBERS OF THE BOARD OF SUPERVISORS; SAN FRANCISCO INTERNATIONAL AIRPORT DIRECTOR; NANCY ALCANTAR, DHS FIELD OPERATIONS DIRECTOR (SFO); J.E. LLINARES, ICE CHIEF (SFO); JOHN DOES OFFICERS AT THE DHS/ICE IN SAN FRANCISCO; RESPONDENTS

DATE: JULY 01, 2008                         (20080701DCSFR)
* AGENCY No.: A96 386 677

Dr. ANTOINE GOMIS [INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED]
C/O FRANCE GENERAL CONSULATE
ATTN: COLETTE DE LA ROSE
IN SAN FRANCISCO, CA

NB. Dr. GOMIS IS A U.S. CITIZEN (CF FBI (IAFIS))

DATE: JULY 01, 2008 | CHALLENGES: 1— CONSTITUTIONALITY AND LEGALITY OF DHS "CIVIL" DETENTION IN CRIMINAL INSTITUTIONS AND PROLONGED "CIVIL" DETENTION. 2— CONSTITUTIONALITY AND LEGALITY OF RELATED CONFINEMENT CONDITIONS. 3— CONSTITUTIONALITY AND LEGALITY OF "NIGHTY NIGHT" (DRUG BOARDING) AND FLIGHT DETENTION BY INTERNATIONAL FLIGHT COMPANIES. 4— CONSTITUTIONALITY AND LEGALITY OF 8 USC, AND 8 CFR AND REAL ID ACT AND THEIR APPLICATIONS TO THE PETITIONERS.

Dr ANTOINE GOMIS

Name: D.A. Gomil
ID#: 11220?    Housing: G
P.O. Box 1031
Marysville, CA 95901-1031

DZ 200807010CSFR

Sent From Yuba County Jail
**Legal Mail Only**

U.S. CLERK'S OFFICE
U.S. DISTRICT COURT
NORTHERN CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102-3483

9410253661 C004

HASLER
$0.394
JUL 08 2008
US POSTAGE
PRSRT First-Class
MAILED FROM 95961
011A04130048307

08 JUL 10 PM12:58
RECEIVED