1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ANTOINE GOMIS,                    )
                                       )   No. C 08-03418 JW (PR)
12              Petitioner,            )
                                       )   ORDER OF DISMISSAL
13        vs.                          )
                                       )
14   U.S. SECRETARY OF STATE, et       )
     al.,                              )
15                                     )
                Respondent(s).         )
16                                     )
                                       )
17   _____

18          Petitioner, proceeding pro se, filed the instant petition for a writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254.  On July 16, 2008, the clerk of the Court sent

20   petitioner a notice directing him to either pay the full filing fee or file an in forma

21   pauperis application to avoid dismissal of the action. On July 24, 2008, the clerk's

22   notice was returned by mail to the Clerk of the Court as undeliverable because

23   petitioner was no longer in custody.  (Docket No. 31.)  As of the date of this order,

24   petitioner has not updated his address with the Court or submitted any further

25   pleadings in this case.

26          Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must

27   promptly file a notice of change of address while an action is pending.  See L.R. 3-

28   11(a).  The Court may, without prejudice, dismiss a complaint when: (1) mail

**United States District Court**
For the Northern District of California

Order of Dismissal
N:\Pro - Se\January 2009\08-003418 Gomis03418_3-11dism.wpd

**United States District Court**
For the Northern District of California

1  directed to the <u>pro</u> <u>se</u> party by the Court has been returned to the Court as not

2  deliverable, and (2) the Court fails to receive within sixty days of this return a

3  written communication from the <u>pro</u> <u>se</u> party indicating a current address.  <u>See</u> L.R.

4  3-11(b).

5         More than sixty days have passed since the clerk's notice addressed to

6  petitioner was returned as undeliverable.  The Court has not received a notice from

7  petitioner of a new address.  Accordingly, the instant action is DISMISSED without

8  prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

9

10  DATED:    January 7, 2009                      _James Ware_

11                                            JAMES WARE
                                              United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
N:\Pro - Se\January 2009\08-003418 Gomis03418_3-11dism.wpd   2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTOINE GOMIS,

          Petitioner,

   v.

U.S. SECRETARY OF STATE, et al.,

          Respondent(s).

_____/

        Case Number: CV08-03418 JW

     **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____1/7/2009_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antoine Gomis 112207
Yuba County Jail
PO Box 1031, Housing G
Marysville, CA 95901-1031

Dated: _____1/7/2009_____

          Richard W. Wieking, Clerk
       /s/ By: Elizabeth Garcia, Deputy Clerk